UNITED STATES of America, Plaintiff–Appellee,

v.

Mohammad MAJIDI, Defendant–Appellant.

Nos. 14–50217, 14–50220.

United States Court of Appeals, Ninth Circuit.

*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted March 10, 2015.*

Filed March 16, 2015.

Jean–Claude Andre, Assistant U.S., Aron Ketchel, Office of the U.S. Attorney, Los Angeles, CA, Michael Anthony Brown, Assistant U.S., Office of the U.S. Attorney, Santa Ana, CA, for Plaintiff–Appellee.

Yolanda Barrera, Esquire, Trial, Law Office of Yolanda Barrera, Monrovia, CA, for Defendant–Appellant.

Before: FARRIS, WARDLAW, and PAEZ, Circuit Judges.

MEMORANDUM **

In these consolidated appeals, Mohammad Majidi appeals from the district court's judgments and challenges the 18–month concurrent sentences imposed upon revocation of supervised release. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Majidi's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Majidi has filed pro se supplemental briefs, and the government has filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Counsel's motion to withdraw is **GRANTED.**

Majidi's motion for appointment of substitute counsel is **DENIED.**

**AFFIRMED.**